UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 19-cv-2973 (PJS/ECW)

| | |
|---|---|
| United States of America, *ex rel.* Jennifer Jones and Pamela Joffe, | ) ) ) |
| and | ) ) |
| Jennifer Jones, individually, | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Intrepid USA Healthcare, Inc., | ) ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1) and the False Claims Act, 31 U.S.C. § 3730(b)(1), and based on the terms of the parties' Settlement Agreement, the Relators and the United States, through their undersigned counsel, hereby stipulate to the entry of an order dismissing the Civil Action with prejudice as to all claims of the Relators, with prejudice as to the United States with respect to the Hospice Covered Conduct in the parties' Settlement Agreement, and otherwise without prejudice as to the United States. A proposed order accompanies this Stipulation.

Dated: August 16, 2024

Respectfully submitted,

UNITED STATES OF AMERICA

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ANDREW M. LUGER
United States Attorney

*s/ Kristen E. Rau*

BY:   KRISTEN E. RAU
Assistant U.S. Attorney
Attorney ID No. 0397907
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 759-3180
Email: Kristen.Rau@usdoj.gov

JAMIE ANN YAVELBERG
NATALIE A. WAITES
ANTHONY GILL
Attorneys, Civil Division
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Phone:   (202) 598-0849
Email:   anthony.d.gill@usdoj.gov

Attorneys for the United States

Dated:  August 16, 2024

*s/ Richard Elias*
Richard M. Elias
Elias LLC
27 W. Lockwood Ave.
St. Louis, MO 63119
Phone: 314-391-6820
Email: relias@eliasllc.com

Patrick H. O'Neill, Jr.
Larson King, LLP

20 East Seventh Street
Ste 2800
St. Paul, MN 55101
Phone: 651-312-6575
Email: poneill@larsonking.com

Attorneys for Plaintiff-Relators